IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Cassandra R. Altringer, individual, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:25-cv-245 |
| FCA US LLC, a Foreign Limited Liability Company, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the parties have reached a settlement. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within sixty days from the date of this order.

**IT IS SO ORDERED**.

Dated this 3rd day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court