**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Cassandra R. Altringer, individual, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FCA US LLC, a Foreign Limited Liability Company, | ) | Case No. 1:25-cv-245 |
| | ) | |
| | ) | |
| Defendant. | ) | |

On March 2, 2026, the parties filed a "Notice of Settlement." (Doc. No. 9). Advising they had reached a settlement in this matter, they stated: "Upon completion of the settlement, the parties will submit the appropriate dismissal documents within the next 60 days." Id. On March 3, 2026, the court issued an order directing the parties to file their closing documents within 60 days. (Doc. No. 10).

In the approximately 146 days since that have passed since the court issued its order on March 3, 2026, and there has been no apparent activity in this case. The parties shall have until August 24, 2026, to file either their closing documents or a joint report to inform the court the date on which they anticipate that "completion of the settlement" will occur.

**IT IS SO ORDERED.**

Dated this 27th day of July, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court